HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
KEVIN SHENKMAN (SBN 223315)
shenkmank@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; and COMPUSA, INC. <br><br> Defendants. | CASE NO. C 07 3602 <br><br> **NOTICE OF INTERESTED PARTIES OR PERSONS** <br><br> [L.R. 7.1-1] |

NOTICE OF INTERESTED PARTIES

    The undersigned, counsel for Plaintiff Speedtrack, Inc., certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Speedtrack, Inc.
2. Defendant Office Depot, Inc.;
3. Defendant CDW Corporation;
4. Defendant Newegg.com;
5. Defendant Circuit City Stores, Inc.;
6. Defendant PC Connection, Inc.; and
7. Defendant CompUSA, Inc.

DATED: July _11_, 2007

HENNIGAN BENNETT & DORMAN LLP
Roderick G. Dorman
Alan P. Block
Marc Morris
Kevin Shenkman

By _____
         Alan P. Block

Attorneys for Plaintiff
SPEEDTRACK, INC.