Jonathan E. Rich (SBN 187386)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
jrich@proskauer.com

Steven M. Bauer (*Pro Hac Vice* application forthcoming)
Colin G. Cabral (*Pro Hac Vice* application forthcoming)
Melissa A. Ganz (*Pro Hac Vice* application forthcoming)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel. (617) 526-9600
sbauer@proskauer.com
ccabral@proskauer.com
mganz@proskauer.com

Attorneys for
OFFICE DEPOT, INC.; CDW CORPORATION;
NEWEGG INC.; CIRCUIT CITY STORES, INC.;
PC CONNECTION, INC.; AND COMPUSA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>    *Plaintiff*,<br><br>v.<br><br>OFFICE DEPOT, INC.;<br>CDW CORPORATION; NEWEGG.COM;<br>CIRCUIT CITY STORES, INC.;<br>PC CONNECTION, INC.; AND<br>COMPUSA, INC.<br><br>    *Defendants*. | **CASE NO.** C 07-3602 PJH<br><br>**DECLARATION OF JONATHAN E. RICH, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO STAY** |

I am an attorney representing Defendants Office Depot, Inc. ("Office Depot"), CDW Corporation ("CDW"), Newegg Inc. ("Newegg"), Circuit City Stores, Inc. ("Circuit City"), PC Connection, Inc. ("PC Connection"), and CompUSA Inc. ("CompUSA) (collectively "Defendants"), in the above-entitled matter, and as such, I have first hand knowledge of the matters set forth herein.

1. Attached hereto as Exhibit A is a true and correct copy of a letter from Roderick G. Dorman to Steven M. Bauer, dated July 11, 2007.

2. Attached hereto as Exhibit B is a true and correct copy of SpeedTrack Inc.'s Complaint for Patent Infringement, Permanent Injunction and Damages, dated November 29, 2006.

3. Attached hereto as Exhibit C is a true and correct copy of Endeca Technology, Inc.'s Complaint In Intervention, dated April 13, 2007.

4. Attached hereto as Exhibit D is a true and correct copy of an e-mail from Rob Berman to Steven E. Grill, Esq., counsel for PC Connection, Inc. dated August 17, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 27, 2007                              /s/ Jonathan E. Rich
                                                                    Jonathan E. Rich

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 27, 2007, I served the forgoing document, described as **DECLARATION OF JONATHAN E. RICH, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO STAY** on the interested parties in this action by transmitting *via* United States District Court for the Northern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date.

Executed on August 27, 2007 at Los Angeles, CA.

                                                                                                 /s/ Jonathan E. Rich
                                                                                                Jonathan E. Rich