# EXHIBIT A

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
865 SOUTH FIGUEROA STREET
SUITE 2900
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 694-1200
FACSIMILE (213) 694-1234

DIRECT PHONE (213) 694-1006
DORMANR@HBDLAWYERS.COM

July 11, 2007

**VIA FEDEX**

Steven M. Bauer, Esq.　　　　　　　**PROTECTED UNDER FRE 408**
Proskauer Rose LLP　　　　　　　　**CONFIDENTIAL SETTLEMENT DISCUSSIONS**
One International Place
Boston, Massachusetts 02110

　　Re:　*SpeedTrack, Inc. v. Office Depot, Inc., et. al.*

Dear Steve:

　　Enclosed is a courtesy copy of the Complaint which we are filing in the District Court for the Northern District of California entitled *SpeedTrack, Inc. v. Office Depot, Inc., et. al.* (the "Office Depot Action"). SpeedTrack alleges in the Complaint that six companies, all of whom are Endeca customers, are infringing the '360 patent. The six defendants are:

　　　　1. Office Depot, Inc.;
　　　　2. CDW Corporation;
　　　　3. Newegg.com;
　　　　4. Circuit City Stores, Inc.;
　　　　5. PC Connection, Inc.; and
　　　　6. CompUSA, Inc.

　　SpeedTrack had sent each of these companies a notice letter on December 20, 2006. Further, we obtained our knowledge that these six companies are Endeca customers from publicly-available information, as demonstrated below; we did not use Endeca's customer list which you provided to us on an attorneys' eyes only basis:

　　　　1. Office Depot – *Internet Retailer* (2005 - 2007 Editions); February 15, 2006 Endeca Press Release "Endeca Reports 135 Percent Annual Revenue Growth"; May 24, 2006 Endeca Press Release, "Guided Navigation Patent Issued to Endeca";

　　　　2. CDW Corporation – Endeca's Motion to Intervene, at 4, n 3; *Internet Retailer* (2007 Edition); July 6, 2004 *Retail Technology Milestones*, "Top Retail Sites Find

HENNIGAN, BENNETT & DORMAN LLP

Steven M. Bauer, Esq.
July 11, 2007
Page 2

>   Results With Endeca Search and Guided Navigation; Endeca-Powered Storefronts Dominate the Top 100 Retail Web Sites"; July 24, 2004 *Internet Retailer* News Story, "Endeca and iPhrase Report Strong First Half"; February 9, 2005 Endeca Press Release, "Endeca Reports 100 Percent Annual Growth"; April 24, 2007 TMCNET article, "Endeca Unveils the Next Generation of the Guided Navigation Experience with Native 64-Bit Platform Release";

3.   Newegg.com -- *Internet Retailer* (2006 and 2007 Editions); August 9, 2005 *Internet Retailer* News Stories, "Newegg Hatches Plans for Better Site Search and Expanded Payment";

4.   Circuit City Stores, Inc. – Endeca's Motion to Intervene, at 4, n 3; *Internet Retailer* (2005 - 2007 Editions); February 9, 2005 Endeca Press Release, "Endeca Reports 100 Percent Annual Growth"; November 7, 2005 *Content Matters*, "The 50 Content Companies that Matter: Endeca"; June 20, 2007, *Power Reviews*, "Buzzillions.com Wins 2007 Endeca Navigator Award Pioneering Shopping Research Experience";

5.   PC Connection, Inc. – Endeca's Motion to Intervene, at 4, n 3; February 18, 2003 Endeca Press Release, "Endeca's Advanced Search and Guided Navigation Technology Implemented by PC Connection"; February 15, 2006 Endeca Press Release, "Endeca Reports 135 Percent Annual Revenue Growth"; and

6.   CompUSA, Inc. – *Internet Retailer* (2005 - 2007 Editions); December 9, 2003 Endeca Press Release, "CompUSA Selects Endeca InFront to Boost Online Sales – Just in Time for the Holidays"; February 24, 2004, *Internet Retailer* News Stories "26 New Customers Boost Holiday Sales With Endeca Search and Guided Navigation"; February 9, 2005 Endeca Press Release, "Endeca Reports 100 Percent Annual Growth"; February 15, 2006 Endeca Press Release entitled "Endeca Reports 135 Percent Annual Revenue Growth"; CompUSA website, www.compusa.com/about/default.asp.

Additionally, we are concurrently separately providing each of these six companies with a courtesy copy of the Complaint and are informing them that we will not formally serve the Complaint for a short period of time in order to provide each company with a reasonable opportunity to consider and discuss licensing of SpeedTrack's technology.

We will also be filing an administrative motion in the Wal-Mart Action, pursuant to Local Rule 3-12, asking the Court to deem this case to be related to the Wal-Mart Action and to reassign this case to Judge Hamilton. We will also be seeking consolidation and/or coordination of the Office Depot Action with the Wal-Mart Action.

HENNIGAN, BENNETT & DORMAN LLP

Steven M. Bauer, Esq.
July 11, 2007
Page 3

      We hope that Endeca will view this new lawsuit as an opportunity to revisit the need to get creative and serious about a global settlement with SpeedTrack.

      Please let me know if you have any questions.

                                  Sincerely,

                                  Roderick G. Dorman
                                  Of Hennigan, Bennett & Dorman LLP

RGD:APB:cy

613983\v1