# EXHIBIT D

**From:** Rob Berman [mailto:rob@ipdispute.com]
**Sent:** Friday, August 17, 2007 2:55 PM
**To:** Steven E. Grill
**Cc:** pgallup@pcconnection.com
**Subject:** RE: SpeedTrack

Steven:

IPDR has been hired as a business consultant in an attempt to resolve this matter. I am paid by the plaintiff. There has been no attempt to hide this fact.

Far too often, defendants who are not savvy in patent matters are subject to the legal eccentricities of their outside patent counsel. This usually results in a waste of time and money. My role is to cut through the waste by quickly bringing the issues into focus so that the parties can assess their respective risk and determine the best way to move forward.

I will continue to contact your client in an effort to resolve this matter. As a courtesy to you, I will copy you on my written communications. If your client decides to not engage in this process, that is up to them.

Have a nice weekend.


**Rob Berman**
**IP Dispute Resolution Corporation**
**P: 310-309-2122   F: 310-349-3308**
**16506 Akron St.**
**Pacific Palisades, CA 90272**
www.IPdispute.com

**From:** Steven E. Grill [mailto:sgrill@devinemillimet.com]
**Sent:** Friday, August 17, 2007 11:40 AM
**To:** Rob Berman
**Subject:** RE: SpeedTrack

Mr. Berman,

It is clear you are a partisan agent of the plaintiff rather than a neutral mediator. (e.g. "our infringement contentions"). In light of this, it is improper for you to communicate directly with my client, whether by copying them on your emails to me or otherwise.

We will respond to you and/or plaintiff when and as we deem appropriate, and in the interim, you are to cease all unsolicited communications with me or my client.

Yours,

Steven E. Grill

United States Treasury Regulation Circular 230 requires that we inform you that, unless expressly stated otherwise, any United States federal tax advice contained in this email, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any tax penalties imposed by the Internal Revenue Code of 1986, as amended.

This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. This communication may contain material protected by attorney-client privilege. If you are not the intended recipient or the person responsible for delivering the e-mail for the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you believe you have received this e-mail in error, please immediately notify Devine, Millimet & Branch by telephone at 603-669-1000.

**From:** Rob Berman [mailto:rob@ipdispute.com]
**Sent:** Friday, August 17, 2007 2:11 PM
**To:** Steven E. Grill
**Cc:** pgallup@pcconnection.com
**Subject:** SpeedTrack

Dear Steven:

It has been almost 3 weeks since we sent you the claim charts indicating how we believe PC Connection is infringing SpeedTrack's patent. Your preliminary assessment of the case should be complete.

My suggestion is that we set up a conference call with you and your client, **before significant legal fees are incurred**.  We can further explain our infringement contentions and answer any questions that you may have.  If our allegations are incorrect or you have defenses that we are not aware of, it is best that we discuss them now before both sides incur added expense.

Please email me a few dates and times next week when you and your client will be available.

Thank you and have a nice weekend.

**Rob Berman**
**IP Dispute Resolution Corporation**
**P: 310-309-2122   F: 310-349-3308**
**16506 Akron St.**
**Pacific Palisades, CA 90272**
[www.IPdispute.com](www.IPdispute.com)