**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>    *Plaintiff,*<br><br>*v.*<br><br>OFFICE DEPOT, INC.;<br>CDW CORPORATION; NEWEGG.COM;<br>CIRCUIT CITY STORES, INC.;<br>PC CONNECTION, INC.; AND<br>COMPUSA, INC.<br><br>    *Defendants.* | **CASE NO.** C 07-3602 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY THIS LITIGATION AGAINST CUSTOMERS PENDING RESOLUTION OF SPEEDTRACK, INC. v. WAL-MART STORES, INC., ET AL. (C 06-7336 PJH)** |

   Having considered the related pleadings and arguments of counsel for SpeedTrack, Inc. and Defendants Office Depot, Inc., CDW Corporation, Newegg Inc., Circuit City Stores, Inc., PC Connection, Inc., and CompUSA Inc. (collectively "Defendants"), and good cause appearing, Defendants' motion to stay the action against Endeca's customers pending resolution of *SpeedTrack, Inc. v. Wal-Mart Stores, Inc. and Endeca Technologies, Inc.* (C 06-7336 PJH) is hereby GRANTED.

   IT IS SO ORDERED.


Dated:              _____

                 Hon. Phyllis J. Hamilton<br>
                 United States District Judge