1  Jonathan E. Rich (SBN 187386)
    PROSKAUER ROSE LLP
2  2049 Century Park East, Suite 3200
    Los Angeles, CA 90067-3206
3  Telephone: (310) 557-2900
    Facsimile: 310.557.2193
4  jrich@proskauer.com

5

6  Steven M. Bauer (*Pro Hac Vice* application forthcoming)
    Colin G. Cabral (*Pro Hac Vice* application forthcoming)
7  Melissa A. Ganz (*Pro Hac Vice* application forthcoming)
    PROSKAUER ROSE LLP
8  One International Place
    Boston, MA  02110
9  Tel. (617) 526-9600
    sbauer@proskauer.com
10  ccabral@proskauer.com
    mganz@proskauer.com
11

12  Attorneys for
    OFFICE DEPOT, INC.; CDW CORPORATION;
13  NEWEGG INC.; CIRCUIT CITY STORES, INC.;
    PC CONNECTION, INC.; COMPUSA INC.
14

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17              **SAN FRANCISCO DIVISION**

18

19  SPEEDTRACK, INC.

                                Case No. C07 3602 PJH
20              Plaintiff,

21          v.

22  OFFICE DEPOT, INC.; CDW           **CDW CORPORATION'S**
    CORPORATION; NEWEGG.COM; CIRCUIT  **CERTIFICATION OF INTERESTED**
23  CITY STORES, INC.; PC CONNECTION,  **ENTITIES OR PERSONS**
    INC.; COMPUSA, INC.
24
                Defendants.
25

26

27

28

1      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

2  persons, associations of persons, firms, partnerships, corporations (including parent corporations)

3  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the out come of this proceeding:

6          (a)      Endeca Technologies, Inc.

7

8  DATED: August 27, 2007                                PROSKAUER ROSE LLP
                                                         Steven M. Bauer*
9                                                        Jonathan E. Rich
                                                         Colin G. Cabral*
10                                                       Melissa A. Ganz*

11

12

13                                          By:  /s/
                                                _____
                                                Jonathan E. Rich
14
                                                Attorneys for
15                                              CDW CORPORATION

16

17

18

19

20

21

22

23  *  *Pro Hac Vice* applications forthcoming

24

25

26

27

28

CDW CORPORATION'S CERTIFICATION OF INTERSTED ENTITIES OR PERSONS
CASE NO. C07 3602 PJH

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that: I am employed in the county of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 27, 2007, I served the forgoing document, described as **CDW CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSON** on the interested parties in this action by transmitting *via* United States District Court for the Northern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date.

Executed on August 27, 2007 at Los Angeles, CA.

                         __/s/ Jonathan E. Rich_____
                         Jonathan E. Rich