1   Jonathan E. Rich (SBN 187386)
    PROSKAUER ROSE LLP
2   2049 Century Park East, Suite 3200
3   Los Angeles, CA 90067-3206
    Telephone: (310) 557-2900
4   Facsimile: 310.557.2193
    jrich@proskauer.com
5
6   Steven M. Bauer (*Pro Hac Vice* application forthcoming)
    Colin G. Cabral (*Pro Hac Vice* application forthcoming)
7   Melissa A. Ganz (*Pro Hac Vice* application forthcoming)
    PROSKAUER ROSE LLP
8   One International Place
    Boston, MA  02110
9   Tel. (617) 526-9600
    sbauer@proskauer.com
10  ccabral@proskauer.com
11  mganz@proskauer.com

12  Attorneys for
    OFFICE DEPOT, INC.; CDW CORPORATION;
13  NEWEGG INC.; CIRCUIT CITY STORES, INC.;
    PC CONNECTION, INC.; COMPUSA INC.
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18

19  SPEEDTRACK, INC.

20              Plaintiff,                   Case No. C07 3602 PJH

21          v.

22  OFFICE DEPOT, INC.; CDW                  **COMPUSA INC.'S CERTIFICATION OF**
    CORPORATION; NEWEGG.COM; CIRCUIT         **INTERESTED ENTITIES OR PERSONS**
23  CITY STORES, INC.; PC CONNECTION,
    INC.; COMPUSA, INC.
24
                Defendants.
25

26

27

28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

2    persons, associations of persons, firms, partnerships, corporations (including parent corporations)

3    or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

4    proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5    substantially affected by the out come of this proceeding:

6              (a)     Endeca Technologies, Inc.

7              (b)     U.S. Commercial Corp., S.A. de C.V.;

8              (c)     Compu, L.L.C.; and

9              (d)     Corporativo Comercial Capital, S.A. de C.V.

10

11   DATED: August 27, 2007                    PROSKAUER ROSE LLP

12                                             Steven M. Bauer*
                                               Jonathan E. Rich
13                                             Colin G. Cabral*
                                               Melissa A. Ganz*
14

15

16                                    By:  /s/ Jonathan E. Rich

17                                         Jonathan E. Rich

18                                         Attorneys for
                                           COMPUSA INC.
19

20

21

22

23

24

25

26   **\* *Pro Hac Vice* applications forthcoming**

27

28

1
2
**PROOF OF SERVICE**

3 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

4        I declare that: I am employed in the county of Los Angeles, California.  I am over the age

5 of eighteen years and not a party to the within cause; my business address is 2049 Century Park

6 East, Suite 3200, Los Angeles, California 90067-3206.

7        On August 27, 2007, I served the forgoing document, described as **COMPUSA INC.'S**

8 **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in

9 this action by transmitting *via* United States District Court for the Northern District of California

10 Electronic Case Filing Program the document(s) listed above by uploading the electronic files for

11 each of the above-listed documents on this date.

12

13 Executed on August 27, 2007 at Los Angeles, CA.

14

15        ___/s/ Jonathan E. Rich_____
         Jonathan E. Rich

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPUSA INC.'S CERTIFICATION OF INTERSTED ENTITIES OR PERSONS
CASE NO. C07 3602 PJH