Jonathan E. Rich (SBN 187386)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: 310.557.2193
jrich@proskauer.com

Steven M. Bauer (*Pro Hac Vice* application forthcoming)
Colin G. Cabral (*Pro Hac Vice* application forthcoming)
Melissa A. Ganz (*Pro Hac Vice* application forthcoming)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel. (617) 526-9600
sbauer@proskauer.com
ccabral@proskauer.com
mganz@proskauer.com

Attorneys for
OFFICE DEPOT, INC.; CDW CORPORATION;
NEWEGG, INC.; CIRCUIT CITY STORES, INC.;
PC CONNECTION, INC.; COMPUSA INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; COMPUSA, INC.<br><br>    Defendants. | Case No. C07 3602 PJH<br><br>**NEWEGG INC.'S**[1] **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

---

[1] SpeedTrack's Summons and Complaint incorrectly names Newegg.com in the above-captioned case.  There is no such entity.  Newegg Inc. expressly reserves the right to SpeedTrack's service and to assert a defense of lack of personal jurisdiction, or otherwise.

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
2 persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3 or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the out come of this proceeding:
6  (a)  Newegg Inc.; and
7  (b)  Endeca Technologies, Inc.

9 DATED: August 27, 2007

PROSKAUER ROSE LLP
Steven M. Bauer*
Jonathan E. Rich
Colin G. Cabral*
Melissa A. Ganz*

By: /s/ Jonathan E. Rich
Jonathan E. Rich

Attorneys for
NEWEGG INC.

24 *** *Pro Hac Vice* applications forthcoming**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On August 27, 2007, I served the forgoing document, described as **NEWEGG INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by transmitting *via* United States District Court for the Northern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date.

Executed on August 27, 2007 at Los Angeles, CA.

                    __/s/ Jonathan E. Rich_____
                    Jonathan E. Rich