Jonathan E. Rich (SBN 187386)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: 310.557.2193
jrich@proskauer.com

Steven M. Bauer (*Pro Hac Vice* application forthcoming)
Colin G. Cabral (*Pro Hac Vice* application forthcoming)
Melissa A. Ganz (*Pro Hac Vice* application forthcoming)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel. (617) 526-9600
sbauer@proskauer.com
ccabral@proskauer.com
mganz@proskauer.com

Attorneys for
OFFICE DEPOT, INC.; CDW CORPORATION;
NEWEGG INC.; CIRCUIT CITY STORES, INC.;
PC CONNECTION, INC.; COMPUSA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>               Plaintiff,<br><br>       v.<br><br>OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; COMPUSA, INC.<br><br>              Defendants. | Case No. C07 3602 PJH<br><br>**PC CONNECTION INC.'S[1] CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

---

[1]     Plaintiff SpeedTrack incorrectly names PC Connection as a defendant in the above-captioned litigation.  PC Connection does not own or operate a website using any Endeca-related technology.  PC Connection, therefore, expressly reserves the right to object to SpeedTrack's service and to assert a defense of lack of personal jurisdiction or otherwise.

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the out come of this proceeding:

    (a)      Endeca Technologies, Inc.;

    (b)      Merrimack Services Corporation;

    (c)      PC Connection Sales Corporation;

    (d)      PCC Sales, Inc.;

    (e)      GovConnection, Inc.; and

    (f)      MoreDirect, Inc.

DATED: August 27, 2007

PROSKAUER ROSE LLP
Steven M. Bauer*
Jonathan E. Rich
Colin G. Cabral*
Melissa A. Ganz*

By:  /s/ Jonathan E. Rich
       Jonathan E. Rich

Attorneys for
PC CONNECTION, INC.

**\* *Pro Hac Vice* applications forthcoming**

1

2                                    **PROOF OF SERVICE**

3
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**
4
         I declare that: I am employed in the county of Los Angeles, California.  I am over the age
5
of eighteen years and not a party to the within cause; my business address is 2049 Century Park
6
East, Suite 3200, Los Angeles, California 90067-3206.
7
         On August 27, 2007, I served the forgoing document, described as **PC CONNECTION**
8
**INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSON** on the interested
9
parties in this action by transmitting *via* United States District Court for the Northern District of
10
California Electronic Case Filing Program the document(s) listed above by uploading the
11
electronic files for each of the above-listed documents on this date.
12

13
Executed on August 27, 2007 at Los Angeles, CA.
14

15                                             __/s/ Jonathan E. Rich_____
                                               Jonathan E. Rich
16

17

18

19

20

21

22

23

24

25

26

27

28

PC CONNECTION INC.'S CERTIFICATION OF INTERSTED ENTITIES OR PERSONS
CASE NO. C07 3602 PJH