UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>    *Plaintiff,*<br><br>v.<br><br>OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; COMPUSA, INC.<br><br>    *Defendants.* | CASE NO. C07 3602<br><br>[PROPOSED] ORDER GRANTING THE APPLICATION FOR ADMISSION OF MELISSA A. GANZ *PRO HAC VICE* |

Melissa A. Ganz, an active member in good standing of the bar of the state of New York, whose business address and telephone number is
    Proskauer Rose LLP
    One International Place, 22nd Floor
    Boston, MA 02110-2600
    (617) 526-9600
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Office Depot, Inc., CDW Corporation, Newegg Inc., Circuit City Stores, Inc., PC Connection, Inc., and CompUSA Inc. in the above-captioned action.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45. *Electronic Case Filing*

Dated: 8/31/07

_____
Hon. Phyllis J. Hamilton
United States District Judge