# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

AUG 2 9 2007

| | |
|---|---|
| SPEEDTRACK, INC. | |
| *Plaintiff,* | **CASE NO.** C07 3602 |
| v. | |
| OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; COMPUSA, INC. | [~~PROPOSED~~] **ORDER GRANTING THE APPLICATION FOR ADMISSION OF COLIN G. CABRAL *PRO HAC VICE*** |
| *Defendants.* | |

Colin G. Cabral, an active member in good standing of the bar of the state of New York, whose business address and telephone number is

> Proskauer Rose LLP
> One International Place, 22nd Floor
> Boston, MA 02110-2600
> (617) 526-9600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Office Depot, Inc., CDW Corporation, Newegg Inc., Circuit City Stores, Inc., PC Connection, Inc., and CompUSA Inc. in the above-captioned action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45. *Electronic Case Filing*

Dated: 8/31/07

Hon. Phyllis J. Hamilton
United States District Judge