1 | HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
2 | dormanr@hbdlawyer.com
ALAN P. BLOCK (SBN 143783)
3 | blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
4 | morrism@hbdlawyers.com
KEVIN SHENKMAN (SBN 223315)
5 | shenkmank@hbdlawyers.com
865 South Figueroa Street, Suite 2900
6 | Los Angeles, California 90017
Telephone: (213) 694-1200
7 | Facsimile: (213) 694-1234

8 | Attorneys for Plaintiff
SPEEDTRACK, INC.
9

10

11 | Jonathan E. Rich (SBN 187386)
PROSKAUER ROSE LLP
12 | 2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
13 | Telephone: (310) 557-2900
Facsimile: (310) 557-2193
14 | jrich@proskauer.com

15 | Steven M. Bauer (Admitted *Pro Hac Vice*)
Colin G. Cabral (Admitted *Pro Hac Vice*)
16 | Melissa A. Ganz (Admitted *Pro Hac Vice*)
PROSKAUER ROSE LLP
17 | One International Place
Boston, MA  02110
18 | Telephone: (617) 526-9600
19 | sbauer@proskauer.com
ccabral@proskauer.com
20 | mganz@proskauer.com

21 | Attorneys for Defendants
OFFICE DEPOT, INC.; CDW CORPORATION;
22 | NEWEGG INC.; CIRCUIT CITY STORES, INC.;
PC CONNECTION, INC.; AND COMPUSA INC.
23
24
25
26
27
28

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC.<br><br>            *Plaintiff*,<br><br>v.<br><br>OFFICE DEPOT, INC.;<br>CDW CORPORATION; NEWEGG.COM;<br>CIRCUIT CITY STORES, INC.;<br>PC CONNECTION, INC.; AND<br>COMPUSA, INC.<br><br>            *Defendants*. | Case No. C 07-03602 PJH<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Civil Rule 6-1, the undersigned counsel stipulate to an extension of time for Defendants to answer, plead or otherwise move in response to Plaintiff's Complaint in the above-captioned litigation to fourteen (14) days from this Court's decision on Defendants' Motion to Stay This Litigation Against Endeca Customers Pending Resolution of *SpeedTrack, Inc. v. Wal-Mart Stores, Inc. et al.* (C 06-7336 PJH). *See* Docket at 08.

DATED: September 6, 2007

| | |
|---|---|
| **HENNIGAN, BENNETT & DORMAN LLP**<br>Attorneys for Plaintiff<br>SPEEDTRACK, INC. | **PROSKAUER ROSE LLP**<br>Attorneys for Defendants<br>OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG INC.; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; AND COMPUSA INC. |
| By:  /s/ Marc Morris<br>     Marc Morris | By:  /s/ Steven M. Bauer<br>     Steven M. Bauer |

2

JOINT STIPULATION TO EXTEND TIME FOR ANSWER
Case No. C 07-03602 PJH

**PROOF OF SERVICE**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

    On September 6, 2007, I served the forgoing document, described as **JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE MOVE IN RESPONSE TO PLAINTIFF'S COMPLAINT** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document(s) listed above by uploading the electronic files for each of the above-listed documents on this date.

                                          /s/ Jonathan E. Rich
                                          Jonathan E. Rich