HENNIGAN, BENNETT & DORMAN LLP
**RODERICK G. DORMAN (SBN 96908)**
dormanr@hbdlawyers.com
**ALAN P. BLOCK (SBN 143783)**
blocka@hbdlawyers.com
**MARC MORRIS (SBN 183728)**
morrism@hbdlawyers.com
**KEVIN SHENKMAN (SBN 223315)**
shenkmank@hbdlawyers.com
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Facsimile:  (213) 694-1234**

Attorneys for Plaintiff,
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC. ) | Case No. C-07-3602-PJH |
| Plaintiff, ) | Before: Hon. Phyllis J. Hamilton |
| vs. ) | **ORIGINAL PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NEWEGG.COM** |
| OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC. and COMPUSA, INC. ) | |
| Defendants. ) | |

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.

V.

OFFICE DEPOT, INC.; CDW CORPORATION;
NEWEGG.COM; CIRCUIT CITY STORES, INC.;
PC CONNECTION, INC.; COMPUSA, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:  

C 07 3602 JL

TO: (Name and address of defendant)

Newegg.com

TO THE NAMED DEFENDANTS LISTED ABOVE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roderick G. Dorman / Alan P. Block
Marc Morris / Kevin Shenkman
HENNIGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Phone: (213) 694-1200
Fax:   (213) 694-1234

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 1 2 2007

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE_____

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/21/2007 |
| NAME OF SERVER *(PRINT)* Timothy A. Tin | TITLE California Registered Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  Craig Wu, Sr. Corporate Counsel
  16839 E. Gale Avenue, City of Industry, CA 91745

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/27/2007___       *(signature)*
                Date                    *Signature of Server*

P.O. BOX 861057, L.A., CA 90086/HENBE1731.aml
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SPEEDTRACK, INC.

VS.

OFFICE DEPOT, INC., et al.

C 07 3602 JL

*"ADDITIONAL DOCUMENT SERVED"*

- U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT;

- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO- OFFICE HOURS: 9:00 A.M. TO 4:00 P.M.;

- NOTICE OF INTERESTED PARTUES OR PERSONS [L.R. 7.1-1];

- [BLANK] CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

- [BLANK] DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

- ORDER SETTING INITIAL CASE MANAGEMENT COMFERENCE AND ADR DEADLINES; and

- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA,      )
                          ) SS.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On **September 14, 2007,** I served a copy of the within document(s) described as follows: **ORIGINAL PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NEWEGG.COM** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document(s) on this date, addressed as set forth on the attached service list.

**PLEASE SEE ATTACHED LIST**

The above-described document was also transmitted to the parties indicated below, by Federal Express only:

Chambers of the Honorable Phyllis J. Hamilton
USDC, San Francisco Division
Attn: Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA 94102-3483
*3 copies*

I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

Executed on **September 14, 2007,** at Los Angeles, California.

I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

/s/ *Carol S. Yuson*
Carol S. Yuson

## SERVICE LIST

| | |
|---|---|
| Jonathan E. Rich, Esq.<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Tel: (310) 557-2900<br>Fax: (310) 557-2193<br>Email: jrich@proskauer.com | Attorneys for:<br><br>OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; and COMPUSA, INC. |
| Steven M. Bauer, Esq.<br>Colin G. Cabral, Esq.<br>Melissa A. Ganz, Esq.<br>PROSKAUER ROSE LLP<br>One International Place<br>Tel: (617) 526-9600<br>Emails: sbauer@proskauer.com<br>        ccabral@proskauer.com<br>        mganz@proskauer.com | Attorneys for:<br><br>OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; and COMPUSA, INC. |

629103\v1