HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
ALAN P. BLOCK (SBN 143783)
blocka@hbdlawyers.com
MARC MORRIS (SBN 183728)
morrism@hbdlawyers.com
KEVIN SHENKMAN (SBN 223315)
shenkmank@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile:  (213) 694-1234

Attorneys for Plaintiff,
SPEEDTRACK, INC.

Steven M. Bauer (admitted *Pro Hac Vice*)
Colin G. Cabral (admitted *Pro Hac Vice*)
Melissa A. Ganz (admitted *Pro Hac Vice*)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel. (617) 526-9600
sbauer@proskauer.com
ccabral@proskauer.com
mganz@proskauer.com

Attorneys for Defendants,
OFFICE DEPOT, INC.; CDW
CORPORATION; NEWEGG INC.;
CIRCUIT CITY STORES, INC.; PC
CONNECTION, INC.; AND
COMPUSA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC. and COMPUSA, INC., <br><br> Defendants. | Case No. C-07-3602-PJH <br><br> Before:  Hon. Phyllis J. Hamilton <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE TO OCCUR AT THE HEARING ON DEFENDANTS' MOTION TO STAY ON OCTOBER 3, 2007** |

WHEREAS, a Case Management Conference is currently set in this case for Thursday, October 25, 2007; and

WHEREAS, Defendants' Motion to Stay This Litigation Against Endeca's Customers will be heard on October 3, 2007 at 9:00 a.m. before this honorable Court;

1  WHEREAS, counsel for both parties wish to advance the date of the Case Management
2  Conference to coincide with the hearing on Defendants' Motion to Stay;

3  WHEREAS, counsel for Defendants are principally located in Boston, Massachusetts and
4  seek to avoid unnecessary travel, and counsel for Plaintiff have a scheduling conflict on October 25,
5  2007;

6  IT IS HEREBY STIPULATED by and between the parties through their undersigned
7  attorneys of record that:

8  The Case Management Conference, now scheduled for Thursday, October 25, 2007 be
9  scheduled for October 3, 2007 to occur at the time of the hearing on Defendants' Motion to Stay
10  This Litigation Against Endeca's Customers;

11  IT IS FURTHER STIPULATED that the parties shall file with the Court their Joint Case
12  Management Statement no later than September 26, 2007, which is seven (7) days prior to the
13  rescheduled October 3, 2007 Case Management Conference.

14  SO STIPULATED.

15  DATED:  September 20, 2007          HENNIGAN BENNETT & DORMAN LLP

17                                      By _____ /S/ Roderick G. Dorman _____
                                                    Roderick G. Dorman
18                                      Attorneys for Plaintiff, SPEEDTRACK, INC.

19  DATED:  September 20, 2007          PROSKAUER ROSE LLP

21                                      By _____ /S/ Steven M. Bauer _____
                                                    Steven M. Bauer
22                                      Attorneys for Defendants, OFFICE DEPOT, INC.;
                                        CDW CORPORATION; NEWEGG.COM;
23                                      CIRCUIT CITY STORES, INC.; PC
                                        CONNECTION, INC.; and COMPUSA, INC.

**ORDER**

26  SO ORDERED.
                 9/24/07
27                                      _____
28                                      United States Judge Phyllis J. Hamilton

629732\v1

-2-
**STIPULATION**

# PROOF OF SERVICE

STATE OF CALIFORNIA,           )
                               ) SS.
COUNTY OF LOS ANGELES          )

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California  90017.

    On September 20, 2007, I served a copy of the within document described as follows: **TITLE OF DOCUMENT** on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by uploading the electronic files for each of the above listed document on this date, addressed as set forth on the attached service list.

## PLEASE SEE ATTACHED LIST

    The above-described document was also transmitted to the parties indicated below, by Federal Express only:

Chambers of the Honorable Phyllis J. Hamilton
USDC, San Francisco Division
Attn:  Regarding SpeedTrack Litigation
450 Golden Gate Avenue
San Francisco, CA  94102-3483
*3 copies*

    I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles office for the collection and processing of federal express with Federal Express.

    Executed on September 20, 2007, at Los Angeles, California.

    I declare that I am employed in the office of a member of this bar of this court at whose direction the service was made.

                                             /s/ Lisa McCorry
                                               Lisa McCorry

**SERVICE LIST**

| | |
|---|---|
| Jonathan E. Rich, Esq.<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Tel: (310) 557-2900<br>Fax: (310) 557-2193<br>Email: jrich@proskauer.com | Attorneys for:<br><br>OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; and COMPUSA, INC. |
| Steven M. Bauer, Esq.<br>Colin G. Cabral, Esq.<br>Melissa A. Ganz, Esq.<br>PROSKAUER ROSE LLP<br>One International Place<br>Tel: (617) 526-9600<br>Emails: sbauer@proskauer.com<br>       ccabral@proskauer.com<br>       mganz@proskauer.com | Attorneys for:<br><br>OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG.COM; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; and COMPUSA, INC. |