UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** October 3, 2007            **JUDGE:** Phyllis J. Hamilton

**Case No:**    C-06-7336 PJH
               C-07-3602 PJH

**Case Name:** Speedtrack, Inc. v. Wal-Mart Stores
                   Speedtrack, Inc. v. Office Depot, et al.

**Attorney(s) for Plaintiff:**      Alan P. Block; Roderick G. Dorman
**Attorney(s) for Defendant:**    Steven M. Bauer

**Deputy Clerk:** Nichole Heuerman        **Court Reporter:** Juanita Gonzalez

**PROCEEDINGS**

      Defendant Wal-Mart and Intervenor Endeca's Motion to Bifurcate Liability and Damages Issues (06-7336)-GRANTED in part and DENIED in part as stated on the record.

      Defendants' Motion to Stay (07-3602)-GRANTED as stated on the record. This case will trail 06-7336.

**Order to be prepared by:**    [] Pl [] Def [x] Court

**Notes:**

**cc:** file