UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK INC.,

       Plaintiff(s),                            No. C 07-3602 PJH

    v.                                   **ORDER OF REFERENCE TO MAGISTRATE JUDGE**

OFFICE DEPOT INC., et al.,

       Defendant(s).

_____/

       Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Spero to conduct a settlement conference on March 10, 2008, in conjunction with the conference already scheduled for related case *Speedtrack v. Walmart, et al.,* C06-7336 PJH.

       IT IS SO ORDERED.

Dated: October 10, 2007

                                                            _____

                                                            PHYLLIS J. HAMILTON
                                                            United States District Judge

cc: Wings, Magistrate Judge Spero