**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    SPEEDTRACK, INC.,                          No. C-06-07336 PJH (JCS)

9              Plaintiff,
                                                **ORDER CONTINUING**
10        v.                                     **SETTLEMENT CONFERENCE**

11   WAL-MART STORES, INC. ET AL.,

12             Defendants.
     _____/

13

14   SPEEDTRACK, INC.                           No. C-07-03602 PJH (JCS)

15             Plaintiff,

16        v.

17   OFFICE DEPOT, INC. ET AL.,

18             Defendants.
     _____/

19

20   TO ALL PARTIES AND COUNSEL OF RECORD:

21        You are hereby notified that, at the request of the parties, the Settlement Conference

22   previously scheduled for March 10, 2008, at 11:00 a.m. has been continued until **May 28, 2008, at**

23   **9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco.

24        Lead trial counsel shall appear at the Settlement Conference with the parties who have

25   **unlimited** authority to negotiate a settlement.

26        Settlement Conference Statements, including any *updated* statements, shall be LODGED

27   with the undersigned's Chambers (NOT electronically filed) **no later than May 14, 2008**.  The

28   statements need not be served on opposing counsel; the parties are encouraged, however, to

1  exchange Settlement Conference Statements.  If Settlement Conference Statements are exchanged,

2  any party may submit an additional confidential settlement letter to the Court not to exceed three (3)

3  pages.  The contents of this confidential settlement letter will not be disclosed to the other parties.

4         The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to

5  the date set for Settlement Conference.  All other provisions of this Court's previous Settlement

6  Conference Orders remain in effect.

7         IT IS SO ORDERED.

8

9  Dated: February 26, 2008

10

   _____
11  JOSEPH C. SPERO
   United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2