# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

CASE NO.:  C-06-7336 PJH (JCS); C-07-3602 PJH (JCS)          TIME:  2 h

CASE NAME:  *SpeedTrack, Inc. v. Wal-Mart Stores, Inc., et al.; SpeedTrack, Inc. v. Office Depot, et al.*

MAGISTRATE JUDGE JOSEPH C. SPERO          CLERK: Mary Macudzinski-Gomez

DATE:  7/23/2008          COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):          COUNSEL FOR DEFENDANT(S):

Roderick G. Dorman          Steven M. Bauer
Alan P. Block

## PROCEEDINGS

- ☐ SETTLEMENT CONFERENCE        X  FURTHER SETTLEMENT CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ STATUS CONFERENCE RE:
- ☐ TELEPHONIC CONFERENCE RE:
- ☐ OTHER:

CASE CONTINUED TO:                    FOR

NOTES:

A Further Settlement Conference was held; the cases did not settle. A Further Settlement Conference will take place on November 18, 2008, at 9:30 a.m. Updated Settlement Conference Statements shall be lodged with Chambers no later than November 11, 2008.