<div style="text-align: right; font-weight: bold;">United States District Court<br/>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDTRACK, INC., | No. C-06-07336 PJH (JCS) |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| WAL-MART STORES, INC., ET AL., | |
| Defendants. | |
| _____/ | |
| SPEEDTRACK, INC., | No. C-07-03602 PJH (JCS) |
| Plaintiff, | |
| v. | |
| OFFICE DEPOT, INC., ET AL., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference has been scheduled for **November 18, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco.

Lead trial counsel shall appear at the Settlement Conference with the parties who have **unlimited** authority to negotiate a settlement.

Updated Settlement Conference Statements shall be LODGED with the undersigned's Chambers (NOT electronically filed) **no later than November 11, 2008**. The statements need not be served on opposing counsel; the parties are encouraged, however, to exchange Settlement

Conference Statements. If Settlement Conference Statements are exchanged, any party may submit an additional confidential settlement letter to the Court not to exceed three (3) pages. The contents of this confidential settlement letter will not be disclosed to the other parties.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. All other provisions of this Court's previous Settlement Conference Orders remain in effect.

IT IS SO ORDERED.

Dated: July 24, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

2