**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPEEDTRACK, INC. | No. 06-07336 PJH (JCS) |
| | No. 07-03602 PJH (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING** |
| WALMART.COM, ET AL. | **FURTHER SETTLEMENT CONFERENCE** |
| Defendant(s). | |
| _____/ | |
| SPEEDTRACK, INC. | |
| Plaintiff(s), | |
| v. | |
| OFFICE DEPOT, INC, ET AL. | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, at the request of the parties, the Further Settlement Conference has been continued to **March 30, 2009**, at **9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by **March 23, 2009.**

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

SC-further

1   The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this
2   case settles prior to the date set for the Further Settlement Conference.  All other provisions of this
3   Court's original Notice and Settlement Conference Order remain in effect.
4   IT IS SO ORDERED.

6   Dated:  October 16, 2008

7   JOSEPH C. SPERO
    United States Magistrate Judge

SC-further                                2