UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK INC.,

    Plaintiff(s),                              No. C 07-3602 PJH

    v.                                       **ORDER VACATING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

OFFICE DEPOT INC., et al.,

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The stay entered on October 10, 2007 pending resolution of *Speedtrack Inc., v Wal-Mart Stores, Inc.*, C 06-7336, is hereby VACATED. A Further Case Management Conference shall be held on **April 26, 2012, at 2:00 p.m.**, in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the scheduling of future proceedings in this matter. The parties shall file a joint case management statement no later than seven (7) days before the date of the conference.

**SO ORDERED.**

Dated: April 2, 2012

                                                          _____
                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge