UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

    Plaintiff(s),                               No. C 07-3602 PJH

    v.                                       **ORDER STAYING CASE**

OFFICE DEPOT INC., et al.,

    Defendant(s).

_____/

Pursuant to the request of the parties, in their joint case management statement filed on April 19, 2012, this matter is STAYED pending resolution fo the appeal in related case *SpeedTrack v. Walmart Stores, Inc., et al.*, C 06-7336 PJH.

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

The April 26, 2012 date for case management conference scheduled VACATED and the request for a telephonic appearance or a continuance of that conference is moot.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge