UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

    Plaintiff,

    v.

OFFICE DEPOT INC., et al.,

    Defendants.
_____/

No. C 07-3602 PJH

**ORDER LIFTING STAY AND SETTING CASE MANAGEMENT CONFERENCE**

On April 20, 2012, this matter was stayed pending resolution of the appeal in related case <u>SpeedTrack v. Walmart Stores, Inc., et al.</u>, C 06-7336 PJH. Because the appeal in the <u>Walmart</u> case has now been decided, the stay is VACATED and the matter is set for a case management conference on **June 27, 2013**.

**Not less than seven (7) days** before the conference, counsel shall file a joint status statement explaining what issues remain in the case and proposing a case schedule. Any request to reschedule the date of the conference shall be made in writing, and by stipulation if possible, at least ten (10) days before the date of the conference and must be based upon good cause.

**IT IS SO ORDERED.**

Dated: May 13, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge