**MCKOOL SMITH HENNIGAN, P.C.**
**RODERICK G. DORMAN (SBN 96908)**
rdorman@mckoolsmithhennigan.com
**ALAN P. BLOCK (SBN 143783)**
ablock@mckoolsmithhennigan.com
**MARC MORRIS (SBN 183728)**
mmorris@mckoolsmithhennigan.com
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Facsimile:  (213) 694-1234**

Attorneys for Plaintiff,
SPEEDTRACK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SPEEDTRACK, INC., | Case No. C-07-3602 PJH |
| Plaintiff, | **JOINT STIPULATION RE: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS/SUMMARY JUDGMENT** AND ORDER |
| vs. | |
| OFFICE DEPOT, INC.; CDW CORPORATION; NEWEGG, INC.; CIRCUIT CITY STORES, INC.; PC CONNECTION, INC.; COMPUSA, INC. | **Time:  N/A**<br>**Date:   N/A**<br>**Ctrm:  Hon. Phyllis J. Hamilton** |
| Defendants. | |

1 | JOSHUA J. POLLACK (SBN 215922)
PROSKAUER ROSE LLP
2 | 2049 Century Park East
Los Angeles, CA 90067-3206
3 | Telephone: (310) 557-2900
Facsimile: (310) 557.2193
4 | JPollack@proskauer.com
5
STEVEN M. BAUER (Admitted *Pro Hac Vic*e)
6 | PROSKAUER ROSE LLP
One International Place
7 | Boston, MA 02110
Telephone: (617) 526-9600
8 | Facsimile: (617) 526-9899
SBauer@proskauer.com
9
10 | Attorneys for
OFFICE DEPOT, INC.; CDW CORPORATION;
11 | NEWEGG INC.; and PC CONNECTION, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

CASE NO. C-07-3602 PJH · JOINT STIPULATION RE: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS/SUMMARY JUDGMENT

904675

WHEREAS, pursuant to the Court's Civil Minutes following the Case Management Conference of June 27, 2013 (Doc. 60), the parties have met and conferred regarding the briefing schedule for Defendants' Motion to Dismiss/Summary Judgment related solely to res judicata and collateral estoppel issues pertaining to the effect of the outcome of the case of *SpeedTrack, Inc. v. Walmart.com USA, LLC*, C-06-7336 PJH on this Action ("Motion to Dismiss/Summary Judgment").

NOW, THEREFORE, Plaintiff SpeedTrack and Defendants Office Depot, Inc., CDW Corporation, Newegg, Inc., and PC Connection, Inc., by and through their respective counsel, hereby stipulate to the following briefing schedule for Defendants' Motion to Dismiss/Summary Judgment:

| EVENT | Date |
|---|---|
| Defendants file their Motion to Dismiss/Summary Judgment | August 2, 2013 |
| Last day for SpeedTrack to serve discovery requests on Defendants limited solely to issues raised in Defendants' Motion to Dismiss/Summary Judgment. Those discovery requests shall be limited to document requests and notices of deposition. | August 9, 2013 |
| Last day for Defendants to serve objections to identify discovery disputes | August 16, 2013 |
| Last day for parties to meet and confer to discuss scope of SpeedTrack's discovery requests | August 20, 2013 |
| Parties to jointly request assistance of Magistrate Judge to resolve any open issues, including any of Defendants' objections to SpeedTrack's discovery requests | August 22, 2013 |
| Last day for Defendants to produce documents, answers, and computer files in response to the discovery requested by SpeedTrack | August 23, 2013 |
| Last day for SpeedTrack to complete any depositions noticed by SpeedTrack | September 2, 2013 |
| Last day for SpeedTrack to file opposition to Motion to Dismiss/Summary Judgment | September 19, 2013 |

-1-

| Last day for Defendants to complete any depositions of any witness/expert who submits a declaration in support of SpeedTrack's opposition to the Defendants' Motion to Dismiss/Summary Judgment | September 30, 2013 |
|---|---|
| Last day for Defendants to file reply to Motion to Dismiss/Summary Judgment | October 17, 2013 |

SO STIPULATED.

DATED: July 12, 2013                        RESPECTFULLY SUBMITTED,

                                            MCKOOL SMITH HENNIGAN, P.C.


                                            By      /s/ Alan P. Block
                                                        ALAN P. BLOCK

                                            ATTORNEYS FOR PLAINTIFF,
                                            SPEEDTRACK, INC.

DATED: July 12, 2013                        RESPECTFULLY SUBMITTED,

                                            PROSKAUER ROSE, LLP.


                                            By      /s/ Steven M. Bauer
                                                        STEVEN M. BAUER

                                            ATTORNEYS FOR DEFENDANTS,
                                            OFFICE DEPOT, INC.
                                            CDW CORPORATION
                                            NEWEGG, INC.
                                            PC CONNECTION, INC.

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

7/16/13

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 12, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Yoshie Botta*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Yoshie Botta