1  **MCKOOL SMITH HENNIGAN, P.C.**
   **RODERICK G. DORMAN (SBN 96908)**
2  rdorman@mckoolsmithhennigan.com
   **ALAN P. BLOCK (SBN 143783)**
3  ablock@mckoolsmithhennigan.com
   **MARC MORRIS (SBN 183728)**
4  mmorris@mckoolsmithhennigan.com
   **865 South Figueroa Street, Suite 2900**
5  **Los Angeles, California 90017**
   **Telephone: (213) 694-1200**
6  **Facsimile: (213) 694-1234**
7
   Attorneys for Plaintiff,
8  SPEEDTRACK, INC.
9
10                  UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12                         OAKLAND DIVISION
13
14 SPEEDTRACK, INC.,                ) Case No. C-07-3602 PJH
                                    )
15              Plaintiff,          ) **[PROPOSED] ORDER RE: ONE WEEK**
                                    ) **EXTENSION FOR SPEEDTRACK TO**
16         vs.                      ) **FILE ITS OPPOSITION TO**
                                    ) **DEFENDANTS' MOTION TO DISMISS**
17 OFFICE DEPOT, INC.; CDW CORPORATION; )
   NEWEGG.COM; CIRCUIT CITY STORES, )
18 INC.; PC CONNECTION, INC.; COMPUSA, ) **Time: N/A**
   INC.                             ) **Date: N/A**
19                                  ) **Ctrm: Hon. Phyllis J. Hamilton**
                                    )
20              Defendants.         )
                                    )
21                                  )
                                    )
22 _____ )
23
24
25
26
27
28

CASE NO. C-07-3602 PJH         [PROPOSED] ORDER RE ONE WEEK EXTENSION FOR SPEEDTRACK
                               TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
921229

1  JOSHUA J. POLLACK (SBN 215922)
   LARY ALAN RAPPAPORT (SBN 087614)
2  PROSKAUER ROSE LLP
   2049 Century Park East
3  Los Angeles, CA 90067-3206
   Telephone: (310) 557-2900
4  Facsimile: (310) 557.2193
   JPollack@proskauer.com
5  Lrappaport@proskauer.com

6
   STEVEN M. BAUER (Admitted *Pro Hac Vic*e)
7  JOEL CAVANAUGH (Admitted *Pro Hac Vic*e)
   BRENDAN S. COX (Admitted *Pro Hac Vic*e)
8  PROSKAUER ROSE LLP
   One International Place
9  Boston, MA 02110
   Telephone: (617) 526-9600
10 Facsimile: (617) 526-9899
   SBauer@proskauer.com
11 Jcavanaugh@prokauer.com
   Bcox@proskauer.com
12

13 Attorneys for
   OFFICE DEPOT, INC.; CDW CORPORATION;
14 NEWEGG INC.; and PC CONNECTION, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

CASE NO. C-07-3602 PJH        [PROPOSED] ORDER RE ONE WEEK EXTENSION FOR SPEEDTRACK
                              TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
921229

1  PURSUANT TO Joint Stipulation Re: One Week Extension For Speedtrack To File Its
2  Opposition To Defendants' Motion To Dismiss [Dkt No. 78], filed on August 30, 2013, it is hereby
3  ORDERED that:
4  The last day for SpeedTrack to file its opposition to Defendants' Motion to Dismiss shall
5  be extended for one week to September 26, 2013.  At this time, no other date, including the
6  November 6, 2013 hearing date, shall change.

DATED:  September 4, 2013



The Hon. Phyllis J. Hamilton
United States District Judge

-1-
CASE NO. C-07-3602 PJH             [PROPOSED] ORDER RE ONE WEEK EXTENSION FOR SPEEDTRACK
                                    TO FILE ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
921229

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 4, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Yoshie Botta*
Yoshie Botta