UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

    Plaintiff,

    v.

OFFICE DEPOT INC., et al.,

    Defendants.
_____/

No. C 07-3602 PJH

**ORDER DENYING MOTION TO DISMISS**

    Defendants' motion to dismiss came on for hearing before this court on November 6, 2013. Plaintiff SpeedTrack, Inc. ("plaintiff") appeared through its counsel, Alan Block. Defendants Office Depot Inc., CDW Corporation, Newegg Inc., and PC Connection, Inc. ("defendants") appeared through their counsel, Steve Bauer. Having read the papers filed in conjunction with the motion and carefully considered the arguments and relevant legal authority, and good cause appearing, the court hereby DENIES defendants' motion to dismiss for the reasons stated at the hearing and as follows.

    Even though defendants filed their motion as a motion to dismiss, the court finds that the issues raised by defendants require consideration of materials outside of the pleadings, and thus are more appropriately raised in a motion for summary judgment. Accordingly, defendants' motion to dismiss is DENIED.

    At the hearing, plaintiff indicated that, before responding to a motion for summary judgment, it needs discovery from defendants regarding their indemnification agreements with non-party Endeca Technologies Inc. Thus, the court gives plaintiff 30 days to conduct depositions of the four defendants regarding their indemnification agreements. Defendants will then have until **December 18, 2013** to file a motion for summary judgment, plaintiff

shall file its opposition by **January 8, 2014**, and defendants shall file their reply by **January 15, 2014**. After briefing is completed, the court shall determine whether or not it will conduct a hearing, and will inform the parties of any such hearing at that time.

**IT IS SO ORDERED.**

Dated: November 7, 2013

PHYLLIS J. HAMILTON
United States District Judge