UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPEEDTRACK, INC.,

    Plaintiff,

    v.

OFFICE DEPOT, INC., et al.,

    Defendants.
_____/

No. C 07-3602 PJH

**JUDGMENT**

The court having granted defendants' motion for summary judgment,

it is Ordered and Adjudged

that judgment is entered in favor of defendants Office Depot, Inc., CDW Corporation, Newegg Inc., and PC Connection, Inc., and against plaintiff SpeedTrack, Inc., on the claims asserted against them.

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge