EXHIBIT B



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

*I am an invoice.
Take me to your accounts
payable department.*

| | |
|---|---:|
| Invoice No. | **A1309195** |
| Invoice Date | **September 11, 2013** |
| Invoice Due | **October 11, 2013** |
| Invoice Total | **1,047.45** |
| Balance Due | **0.00** |

Proskauer Rose, LLP
Attention: Joel Cavanaugh, Esq.
One International Place
Boston, MA 02110

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| | | | NDS | Client | Deposition |
|---|---|---|---|---|---|
| Noticing firm | McKool Smith Hennigan - Los Angeles | | | | |
| Noticed by | Alan P. Block, Esq. | Case No. | Job No. | Matter No. | Date |
| **Deposition of** | **Stephen C. Young** | | | | |
| Caption | Speedtrack, Inc., Plaintiff, vs. Office Depot, Inc.; CDW Corporation; Newegg, Inc.; Circuit City Stores, Inc.; PC Connection, Inc.; CompUSA, Inc., Defendants. | C-07-3602 PJH | **157047** | | 8-28-2013 |
| | Description of Service | | | | Amount |
| | Court Reporting | | | | 839.60 |
| | Exhibits | | | | 207.85 |

**Payments**

| Date received | Payment details | Cash receipt no. | | Total cash receipt | Applied to this invoice |
|---|---|---|---|---:|---:|
| 11-19-2013 | Check 116502 | C133626 | | 6,666.16 | 1,047.45 |

NDS invoice version 3.1     *Detach lower portion and return with your payment.*

---

Payment From

Proskauer Rose, LLP
Attention: Joel Cavanaugh, Esq.
One International Place
Boston, MA 02110

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | **A1309195** |
| Invoice Date | September 11, 2013 |
| Late After | October 11, 2013 |
| Total Due | 0.00 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

*I am an invoice.*
*Take me to your accounts*
*payable department.*

| | |
|---|---:|
| Invoice No. | **A1309240** |
| Invoice Date | **September 12, 2013** |
| Invoice Due | **October 12, 2013** |
| Invoice Total | **2,018.54** |
| Balance Due | **0.00** |

Proskauer Rose, LLP
Attention: Brendan S. Cox, Esq.
One International Place
Boston, MA 02110

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| | | | NDS | Client | Deposition |
|---|---|---|---|---|---|
| Noticing firm | McKool Smith Hennigan - Los Angeles | | | | |
| Noticed by | Alan P. Block, Esq. | | | | |
| **Deposition of** | **Robert Q. Wang, Ph.D., M.D.** | Case No. | Job No. | Matter No. | Date |
| Caption | Speedtrack, Inc., Plaintiff, vs. Office Depot, Inc.; CDW Corporation; Newegg, Inc.; Circuit City Stores, Inc.; PC Connection, Inc.; CompUSA, Inc., Defendants. | C-07-3602 PJH | **157141** | | 9-6-2013 |

| Description of Service | Amount |
|---|---:|
| Court Reporting | 1,435.49 |
| Exhibits | 113.05 |
| Legal Video | 470.00 |

**Payments**

| Date received | Payment details | Cash receipt no. | | Total cash receipt | Applied to this invoice |
|---|---|---|---|---:|---:|
| 11-19-2013 | Check 116502 | C133626 | | 6,666.16 | 2,018.54 |

NDS invoice version 3.1

Detach lower portion and return with your payment.

---

Payment From

Proskauer Rose, LLP
Attention: Brendan S. Cox, Esq.
One International Place
Boston, MA 02110

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | **A1309240** |
| Invoice Date | September 12, 2013 |
| Late After | October 12, 2013 |
| Total Due | 0.00 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**Network** DEPOSITION SERVICES

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

*I am an invoice.
Take me to your accounts
payable department.*

| | |
|---|---:|
| Invoice No. | **A1309292** |
| Invoice Date | **September 16, 2013** |
| Invoice Due | **October 16, 2013** |
| Invoice Total | **1,576.11** |
| Balance Due | **0.00** |

Proskauer Rose, LLP
Attention: Joel Cavanaugh, Esq.
One International Place
Boston, MA 02110

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | McKool Smith Hennigan - Los Angeles | | | | |
|---|---|---|---|---|---|
| Noticed by | Marc Morris, Esq. | | NDS | Client | Deposition |
| **Deposition of** | **Aric Lazar - Volume 1** | Case No. | Job No. | Matter No. | Date |
| Caption | Speedtrack, Inc., Plaintiff, vs. Office Depot, Inc.; CDW Corporation; Newegg, Inc.; Circuit City Stores, Inc.; PC Connection, Inc.; CompUSA, Inc., Defendants. | C-07-3602 PJH | **157142** | | 9-12-2013 |
| | Description of Service | | | | Amount |
| | Court Reporting | | | | 1,182.96 |
| | Exhibits | | | | 33.15 |
| | Legal Video | | | | 360.00 |

**Payments**

| Date received | Payment details | Cash receipt no. | | Total cash receipt | Applied to this invoice |
|---|---|---|---|---:|---:|
| 11-19-2013 | Check 116502 | C133626 | | 6,666.16 | 1,576.11 |

NDS invoice version 3.1

- - - - - - - - - - - Detach lower portion and return with your payment. - - - - - - - - - - -

Payment From

Proskauer Rose, LLP
Attention: Joel Cavanaugh, Esq.
One International Place
Boston, MA 02110

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | **A1309292** |
| Invoice Date | September 16, 2013 |
| Late After | October 16, 2013 |
| Total Due | 0.00 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**I am an invoice. Take me to your accounts payable department.**

| | |
|---|---|
| Invoice No. | **A1309324** |
| Invoice Date | **September 17, 2013** |
| Invoice Due | **October 17, 2013** |
| Invoice Total | **2,024.06** |
| Balance Due | **0.00** |

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

Proskauer Rose, LLP
Attention: Brendan S. Cox, Esq.
One International Place
Boston, MA 02110

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | McKool Smith Hennigan - Los Angeles | | | | |
|---|---|---|---|---|---|
| Noticed by | Alan P. Block, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| **Deposition of** | **Ancin Peter - Volume 1** | | | | |
| Caption | Speedtrack, Inc., Plaintiff, vs. Office Depot, Inc.; CDW Corporation; Newegg, Inc.; Circuit City Stores, Inc.; PC Connection, Inc.; CompUSA, Inc., Defendants. | C-07-3602 PJH | **157124** | | 9-12-2013 |
| | Description of Service | | | | Amount |
| | Court Reporting | | | | 1,346.16 |
| | Exhibits | | | | 317.90 |
| | Legal Video | | | | 360.00 |

**Payments**

| Date received | Payment details | Cash receipt no. | | Total cash receipt | Applied to this invoice |
|---|---|---|---|---|---|
| 11-19-2013 | Check 116502 | C133626 | | 6,666.16 | 2,024.06 |

NDS invoice version 3.1

Detach lower portion and return with your payment.

---

Payment From

Proskauer Rose, LLP
Attention: Brendan S. Cox, Esq.
One International Place
Boston, MA 02110

Write notes or address changes below

| | |
|---|---|
| Invoice No. | **A1309324** |
| Invoice Date | September 17, 2013 |
| Late After | October 17, 2013 |
| Total Due | 0.00 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**Network**
DEPOSITION SERVICES

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

**I am an invoice.
Take me to your accounts
payable department.**

| | |
|---|---:|
| Invoice No. | **A1312232** |
| Invoice Date | **December 11, 2013** |
| Invoice Due | **January 10, 2014** |
| Invoice Total | **743.42** |
| Balance Due | **0.00** |

Proskauer Rose, LLP
Attention: Joel Cavanaugh, Esq.
One International Place
Boston, MA 02110

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | McKool Smith Hennigan - Los Angeles | | | | |
|---|---|---|---|---|---|
| Noticed by | Alan P. Block, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| **Deposition of** | **Pamela Carter - Volume 1** | | | | |
| Caption | Speedtrack, Inc., Plaintiff, vs. Office Depot, Inc.; CDW Corporation; Newegg, Inc.; Circuit City Stores, Inc.; PC Connection, Inc.; CompUSA, Inc., Defendants. | C-07-3602 PJH | **158876** | | 12-9-2013 |
| | Description of Service | | | | Amount |
| | Court Reporting | | | | 710.12 |
| | Exhibits | | | | 33.30 |

**Payments**

| Date received | Payment details | Cash receipt no. | | Total cash receipt | Applied to this invoice |
|---|---|---|---|---:|---:|
| 2-18-2014 | Check 117211 | C140528 | | 2,329.72 | 743.42 |

NDS invoice version 3.1

Detach lower portion and return with your payment.

---

Payment From

Proskauer Rose, LLP
Attention: Joel Cavanaugh, Esq.
One International Place
Boston, MA 02110

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | **A1312232** |
| Invoice Date | December 11, 2013 |
| Late After | January 10, 2014 |
| Total Due | 0.00 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**Network** DEPOSITION SERVICES

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

*I am an invoice.*
*Take me to your accounts*
*payable department.*

| | |
|---|---:|
| Invoice No. | **A1312546** |
| Invoice Date | **December 27, 2013** |
| Invoice Due | **January 26, 2014** |
| Invoice Total | **629.40** |
| Balance Due | **0.00** |

Proskauer Rose, LLP
Attention: Joel Cavanaugh, Esq.
One International Place
Boston, MA 02110

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | McKool Smith Hennigan - Los Angeles | | | | |
|---|---|---|---|---|---|
| Noticed by | Alan P. Block, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| **Deposition of** | **Ancin Peter - Volume 1** | | | | |
| Caption | Speedtrack, Inc., Plaintiff, vs. Office Depot, Inc.; CDW Corporation; Newegg, Inc.; Circuit City Stores, Inc.; PC Connection, Inc.; CompUSA, Inc., Defendants. | C-07-3602 PJH | **158878** | | 12-12-2013 |
| | Description of Service | | | | Amount |
| | Court Reporting | | | | 420.50 |
| | Exhibits | | | | 41.40 |
| | Legal Video | | | | 167.50 |

**Payments**

| Date received | Payment details | Cash receipt no. | | Total cash receipt | Applied to this invoice |
|---|---|---|---|---:|---:|
| 2-18-2014 | Check 117211 | C140528 | | 2,329.72 | 629.40 |

NDS invoice version 3.1

Detach lower portion and return with your payment.

---

Payment From

Proskauer Rose, LLP
Attention: Joel Cavanaugh, Esq.
One International Place
Boston, MA 02110

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | **A1312546** |
| Invoice Date | December 27, 2013 |
| Late After | January 26, 2014 |
| Total Due | 0.00 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**Network** DEPOSITION SERVICES

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

*I am an invoice.*
*Take me to your accounts*
*payable department.*

| | |
|---|---:|
| Invoice No. | **A1312654** |
| Invoice Date | **December 31, 2013** |
| Invoice Due | **January 30, 2014** |
| Invoice Total | **956.90** |
| Balance Due | **0.00** |

Proskauer Rose
Attention: Joel Cavanaugh, Esq.
Accounts Payable
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| | | | NDS | Client | Deposition |
|---|---|---|---|---|---|
| Noticing firm | McKool Smith Hennigan - Los Angeles | | | | |
| Noticed by | Alan P. Block, Esq. | Case No. | Job No. | Matter No. | Date |
| **Deposition of** | **Aric Lazar - Volume 1** | | | | |
| Caption | Speedtrack, Inc., Plaintiff, vs. Office Depot, Inc.; CDW Corporation; Newegg, Inc.; Circuit City Stores, Inc.; PC Connection, Inc.; CompUSA, Inc., Defendants. | C-07-3602 PJH | **158879** | | 12-17-2013 |
| | Description of Service | | | | Amount |
| | Court Reporting | | | | 615.00 |
| | Exhibits | | | | 36.90 |
| | Legal Video | | | | 305.00 |

**Payments**

| Date received | Payment details | Cash receipt no. | | Total cash receipt | Applied to this invoice |
|---|---|---|---|---:|---:|
| 2-18-2014 | Check 117211 | C140528 | | 2,329.72 | 956.90 |

NDS invoice version 3.1

Detach lower portion and return with your payment.

---

Payment From

Proskauer Rose
Attention: Joel Cavanaugh, Esq.
Accounts Payable
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | **A1312654** |
| Invoice Date | December 31, 2013 |
| Late After | January 30, 2014 |
| Total Due | 0.00 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067



**I am an invoice.
Take me to your accounts
payable department.**

Network Deposition Services, Inc.
1875 Century Park East ● Suite 2100
Los Angeles, CA 90067
Phone (310) 557-3400 ● (800) 788-2021
Fax (310) 557-3555 ● networkdepo.com

| | |
|---|---:|
| Invoice No. | **A1401008** |
| Invoice Date | **January 2, 2014** |
| Invoice Due | **February 1, 2014** |
| Invoice Total | **483.95** |
| Balance Due | **0.00** |

Proskauer Rose
Attention: Colin G. Cabral, Esq.
Accounts Payable
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. • A service fee of 1.5% per month may be added to any invoice over 30 days old.

| | | | | | |
|---|---|---|---|---|---|
| Noticing firm | McKool Smith Hennigan - Los Angeles | | | | |
| Noticed by | Alan P. Block, Esq. | Case No. | NDS Job No. | Client Matter No. | Deposition Date |
| **Deposition of** | **Soren Mills - Volume 1** | | | | |
| Caption | Speedtrack, Inc., Plaintiff, vs. Office Depot, Inc.; CDW Corporation; Newegg, Inc.; Circuit City Stores, Inc.; PC Connection, Inc.; CompUSA, Inc., Defendants. | C-07-3602 PJH | **158877** | | 12-18-2013 |
| | Description of Service | | | | Amount |
| | Court Reporting | | | | 321.00 |
| | Exhibits | | | | 22.95 |
| | Legal Video | | | | 140.00 |

**Payments**

| Date received | Payment details | Cash receipt no. | | Total cash receipt | Applied to this invoice |
|---|---|---|---|---:|---:|
| 3-10-2014 | Check 117326 | C140788 | | 483.95 | 483.95 |

NDS invoice version 3.1

Detach lower portion and return with your payment.

---

Payment From

Proskauer Rose
Attention: Colin G. Cabral, Esq.
Accounts Payable
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206

Write notes or address changes below

| | |
|---|---:|
| Invoice No. | **A1401008** |
| Invoice Date | January 2, 2014 |
| Late After | February 1, 2014 |
| Total Due | 0.00 |
| Amount Enclosed | |

Mail Payment To

Network Deposition Services, Inc.
1875 Century Park East
Suite 2100
Los Angeles, CA 90067